UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> JAMES B. CATLEDGE, et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:12-cv-00887-JCM-NJK <br><br> ORDER |

On December 21, 2012, the Court stayed these proceedings pending resolution of the criminal charges against Mr. Catledge. Docket No. 23. The most recent status report from the parties was filed on July 9, 2015. Docket No. 34. The Court hereby **ORDERS** the parties to file a status report no later than March 2, 2016. The parties shall also file a status report every 90 days thereafter.

IT IS SO ORDERED.

Dated: February 24, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge