DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-5563
Attorneys for Defendant James Catledge

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * * * *

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

JAMES B. CATLEDGE, DEREK F. ELLIOTT, EMI RESORTS (S.V.G) INC, a ST. VINCENT AND GRENADINES CORPORATION, EMI SUN VILLAGE, INC., a Turks and Caicos Islands Corporation, and SUN VILLAGE JUAN DOLIO, INC., a Turks and Caicos Islands Corporation,

Defendants.

and

D.R.C.I. TRUST, a Cook Islands trust,

Relief Defendant

2:12-CV-00887-JCM-NJK

### SEVENTH JOINT STATUS REPORT

Plaintiff United States Securities & Exchange Commission ("the Commission") and Defendant James Catledge ("Catledge"), through their undersigned counsel, hereby submit the following **Seventh Joint Status Report** as directed by the Court's Orders dated February 24, 2016 and December 21, 2012.

///

1 | The parties incorporate by reference, as though fully set forth herein, all prior Joint Status
2 | Reports including the Sixth Joint Status Report previously filed on February 29, 2016 (ECF 36).
3 | The future court dates in the criminal matter pending in the Northern District of California
4 | remain the same as set forth in the previously filed Sixth Joint Status Report.
5 | Currently, there is a status hearing in the criminal case is set for June 22, 2016 at 2:15 p.m.
6 | A pretrial conference is currently set for October 11, 2016 at 10:00 a.m. The trial in the criminal
7 | case is currently set to begin on October 24, 2016, at 9:00 a.m. The trial is anticipated to last 4-6
8 | weeks.
9 | If there is a dispositive resolution reached in the aforementioned criminal case, the parties
10 | will notify this Honorable Court within ten (10) days thereafter.

11 | Dated this 26th day of May, 2016                Dated this 26th day of May, 2016
12 | **SECURITIES & EXCHANGE COMMISSION**            **CHESNOFF & SCHONFELD**

14 | ///s///                                          ///s///
   | **DANIEL WADLEY, ESQ.**                          **DAVID Z. CHESNOFF, ESQ.**
   | Utah Bar No. 10358                               Nevada Bar No. 2292
15 | 351 S. West Temple, Suite 6.100                  **RICHARD A. SCHONFELD, ESQ.**
   | Salt Lake City, Utah 84101                       Nevada Bar No. 6815
16 | Attorney for Plaintiff                           **ROBERT Z. DEMARCO, ESQ.**
   |                                                  Nevada Bar No. 12359
17 |                                                  **CHESNOFF & SCHONFELD**
   |                                                  520 South Fourth Street
18 |                                                  Las Vegas, Nevada 89101
   |                                                  Tel.: (702) 384-5563
19 |                                                  Attorneys for Defendant James Catledge

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2016, I served a true and correct copy of the foregoing, **SEVENTH JOINT STATUS REPORT**, via the ECF system.

/s/ Camie Linnell
Camie Linnell
an employee with Chesnoff & Schonfeld