1

2

3

4

5

6

7

8                                 **UNITED STATES DISTRICT COURT**

9                                      **DISTRICT OF NEVADA**

10

11  SECURITIES AND EXCHANGE COMMISSION, )          Case No. 2:12-cv-00887-JCM-NJK
                                        )
                      Plaintiff(s),     )
12                                      )          ORDER
    vs.                                 )
13                                      )
    JAMES B. CATLEDGE, et al.,          )
14                                      )
                      Defendant(s).     )
15  _____ )

16      Pending before the Court is a joint status report, in which the parties request that status reports

17  be required every 180 days rather than every 90 days.  Docket No. 39.  That request is GRANTED.  The

18  parties shall file a joint status report by May 26, 2017 and every 180 days thereafter.

19      IT IS SO ORDERED.

20      Dated: December 2, 2016

21      _____
        NANCY J. KOPPE
22      United States Magistrate Judge

23

24

25

26

27

28