UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff(s),<br><br>v.<br><br>JAMES B. CATLEDGE, et al.,<br><br>Defendant(s). | Case No.: 2:12-cv-00887-JCM-NJK<br><br>**ORDER** |

This case has been stayed for several years in light of a criminal case proceeding against Defendant Catledge. *See* Docket No. 23. Defendant Catledge has now agreed to a consent judgment in this case. Docket No. 44. Defendants EMI Resorts, Sun Village Juan Dolio, and EMI Sun Village all accepted service shortly before the case was stayed. Docket Nos. 17-19. It is unclear whether Defendant D.R.C.I. was ever served. *See* Docket No. 16. The Court hereby **ORDERS** Plaintiff to file a status report, no later than July 3, 2018, explaining whether the claims against these remaining defendants can now proceed. Such status report shall also explain the status of service on Defendant D.R.C.I. To the extent a notice of voluntary dismissal is filed with respect to all of these defendants before July 3, 2018, no such status report need be filed.

IT IS SO ORDERED.

Dated: June 20, 2018

Nancy J. Koppe
United States Magistrate Judge

1