# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff(s),<br><br>v.<br><br>JAMES B. CATLEDGE, et al.,<br><br>    Defendant(s). | Case No.: 2:12-cv-00887-JCM-NJK<br><br>**ORDER** |

    Pending before the Court is Plaintiff's status report asking that this case remain inactive until sentencing in the related criminal case in or about October 2018. Docket No. 46. The Court hereby **ORDERS** Plaintiff to file a further status report on November 1, 2018, and every 60 days thereafter.

    IT IS SO ORDERED.

    Dated: June 29, 2018

_____<br>
Nancy J. Koppe<br>
United States Magistrate Judge