# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff(s),<br><br>v.<br><br>JAMES B. CATLEDGE, et al.,<br><br>Defendant(s). | Case No. 2:12-CV-887 JCM (NJK)<br><br>ORDER |

Presently before the court is the matter of *Securities and Exchange Commission v. Catledge et al.*, case number 2:12-cv-00887-JCM-NJK.

On November 5, 2019, plaintiff Securities and Exchange Commission ("SEC") filed a motion to extend time (ECF No. 73) to submit supplemental briefing as required by the court's October 22, 2019, order (ECF No. 72). Per that order, the SEC's present deadline to submit supplemental briefing is November 5, 2019. (ECF No. 72).

The SEC represents that it has endeavored to timely complete the investigation necessary to comply with the court's order, but that limitations on the SEC's pre-suit investigation, the subsequent seven-year stay of this case, and the need to obtain authorization from the SEC commissioners has resulted in delay. (ECF No. 73). The SEC therefore requests a four-week extension to submit the ordered supplemental briefing. *Id.*

Good cause appearing, the court will grant the SEC's motion to extend time.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the SEC's motion to extend time (ECF No. 73) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

1     IT IS FURTHER ORDERED that the SEC shall have up to and including December 3, 2019, to file supplemental briefing as required by the court's October 22, 2019, order (ECF No. 72).

DATED November 7, 2019.

                                                       /s/ James C. Mahan
                                                UNITED STATES DISTRICT JUDGE